# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.: 3:20-cr-1700-JLS |
| Plaintiff,   ) | |
| v.   ) | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| MICHAEL LADRE DUNBAR,   ) | |
| Defendant.   ) | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in this matter be continued from November 6, 2020 to December 11, 2020 at 2:00 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: November 4, 2020

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge