MICHAEL DUNBAR
MCC SAN DIEGO
808 UNION STREET
SAN DIEGO CA 92101

FILED
FEB 06 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY M.W. DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
Plaintiff,
v.
MICHAEL LADRE DUNBAR
Defendant.

Case No.: 20-CR-1700-TWR

EX-PARTE
Criminal History Showing by Defense

Date: February 2, 2023

ONLY FOR PARTY: HON. JUDGE TODD W. ROBINSON, ANY FUTURE ATTORNEY FOR DEFENDANT, AND HIGHER COURTS (if needed)

This exparte application is for sentencing showing by defense that his criminal score is II, he has not admitted or been convicted for similiar conduct, and to correct inaccurate convictions titles (ie Child Cruelty to "Endangering Health"). Mr Dunbar has submitted EXHIBIT. A and EXHIBIT. B with this ex-parte motion for your honor.

EXHIBIT. A CERTIFIED CRIMINAL RECORD FROM U.S. DEPARTMENT OF JUSTICE

This is provided to your honor due to multiple incorrect USPO writer documentation about my criminal convictions. These records are within the governments possession as I was charged $18.00 to recieve these records from the government whos prosecuting me. My Criminal Convictions score is II; And the convictions should be ordered to be corrected as follows: [and/or removed due to proffered rebuttal by defendant].

PSR #50, HAS (2) Issues:

1.) Dunbar was not convicted for Count 1 or ANY Pimping [Similiar Conduct] Count, SEE Ex. A at 6.

2.) DUNBAR DID NOT SIGN a NOLO CONTENDE PLEA OR PC Section 859a. to anything stating nothing about a "child" or "cruelty". the court stated "Endangering Health". see EXHIBIT. B. copy of 2009 adjudication in San Bernardino county Superior Court. Furthermore, there was no factual basis, see FRCP 11(b)(3) Determining the Factual Basis for a Plea.

The incorrect information forms the basis for sever sex offender conditions listed in PSR 137-144 and 147.

PSR #51 needs to be an ORDER to delete the conviction of Count 2. see Ex. A at 7 (#5). Count 2 is not on record, in fact there is no conviction shown for neither count by a preponderance of evidence warranting to delete entirely PSR # 51. This case is in Set-Aside processing.

PSR #52 The USPO writer once again incorrectly documents Dunbar was convicted of Count 2. see Ex. A at 7 (#6), records reflect Count 1 on Dunbars record, NOT count 2. No criminal is to be given for count 1 obstruction. see 4A1.2(c) In some, there was no PC 415(2) on June 9, 2010 disturbing the peace, as shown in Exhibit. A.

TAKE AWAY POINT

PSR #53 Is No Criminal Point. under 4A1.1(c). Contempt of Court (Count 2) no point under 4A1.2(c) (The order was the same reinstated probation from case under PSR # 51) - This was not a new probation. Additionally Count 3 was only a fine. See Ex. A at 8 (#8) in support which shows no conviction.

TAKE AWAY POINT

PSR # 58-60 Counts as 1 point as the adjudication 3/24/17 for all offense was on the same day.

PSR # 61 IS EXSPUNGED ENTIRELY, order should be in place to erase from Report. Documents of proof provided to USPO writer.

PSR # 62 IS NOT MICHAEL DUNBAR, and the Government cannot prove any records this is me. Upon Examing Ex. A youll find no record of a (Vista CA) case.

Your honor, I've recently recieved back these records from my family where Im now able to get them to you before sentencing. Its my tactical decision to provide Exhibit. A and Exhibit. B to you to rebut the USPO writers criminal conviction findings. Its critical to change the report as one, there is no factual findings for similiar conduct [The 2009 plea reflects nothing about a child]. Two PSR at # 51 Case; there is no evidence of battery and I took the diversion classes program to not have this affect my future; PSR # 53 is a piggy back probation continuance of PSR # 51, Not a seperate case.

Nonetheless when recalculating correctly my criminal history points its a score of II. When deleting the similiar conduct [which requires admitting or conviction], non of which happened here -- the honorable court will find this a first time conviction. The USPO writers recommended conditions PSR # 137 - 144 and 147 are condition for those who are predators against children. No facts in my case show such evil conduct. Due to conviction its understood I may have to register maybe as a Trier I level, which I can get off my record.

I respectfully ask you Sir. to take a non-categorical approach when making the record clear. Lastly, Sex registration is a state trigger. Something the state requires you to do in which I live.

Lastly, the criminal records are from the government agency themselves. Any argument they did not recieve such records is proof of lack of efforts on their parts. I respectfully state its not the courts duty to help them in more favorable position. This is my tactical decision to rebut "exactly" whats in the PSR report. Respectfully submitted: Michael Dunbar [Exparte]

Date: February 2, 2023

EXHIBIT A

MICHAEL LADRE DUNBAR 93173298
C/O: OTAY MESA DETENTION CENTER
PO BOX 439049
SAN DIEGO, CA 92143

47109271-00619

1-787a (Rev. 08-10-2016)

2

**U.S. Department of Justice**

Federal Bureau of Investigation
Criminal Justice Information Services Division
Clarksburg, WV 26306

MICHAEL LADRE DUNBAR 93173298
C/O: OTAY MESA DETENTION CENTER
PO BOX 439049
SAN DIEGO, CA 92143

Date: 04-19-2021

The Criminal Justice Information Services (CJIS) Division of the Federal Bureau of Investigation (FBI) has completed the following fingerprint submission:

**Subject Name**

MICHAEL LADRE DUNBAR

**Search Completed Result** 04-19-2021 E2021109000000050883

**A SEARCH OF THE FINGERPRINTS PROVIDED BY THIS INDIVIDUAL HAS REVEALED PRIOR ARREST DATA AT THE FBI. THIS DOES NOT PRECLUDE FURTHER CRIMINAL HISTORY AT THE STATE OR LOCAL LEVEL.**

Social Security number: XXX-XX-5092

The result of the above response is only effective for the date the submission was originally completed. For more updated information, please submit new fingerprints of the Subject.

In order to protect Personally Identifiable Information, as of August 17, 2009, FBI policy has changed to no longer return the fingerprint cards. This form will serve as the FBI's official response.

This Identity History Summary (IdHS) is provided pursuant to 28 CFR 16.30-16.34 solely for you to conduct a personal review and/or obtain a change, correction, or updating of your record. **This IdHS is not provided for the purpose of licensing or employment or any other purpose enumerated in 28 CFR 20.33.**

Any questions may be addressed to the Customer Service Group at 304-625-5590. You may also visit the website at www.fbi.gov/checks for further instructions.

Scott A. Rago
Section Chief
Biometric Services Section
Criminal Justice Information Services Division

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000001Z NCN E20211090000000050883
TCN WVFBIJM0Z-20210419114712-EDO-0000-14758

THE ENCLOSED RECORD, DATED 2021/04/19, WITH THE FBI UCN 269731MC7 AND NGI CONTROL NUMBER (NCN) E20211090000000050883 IS BEING PROVIDED AS THE RESULT OF CIVIL RETURN IDENT TEN-PRINT SUBMISSION.
THE TENPRINT BIOGRAPHICS AS SUBMITTED IN THE ORIGINAL TRANSACTION ARE:
NAME: DUNBAR,MICHAEL LADRE DOB 1990/03/07

DATA RELATED TO THIS RECORD WAS REQUESTED FROM THE FOLLOWING:

HAWAII - STATE ID/HIA6069166
FBI - FBI/269731MC7

SINCE THIS RESPONSE CONTAINS NATIONAL FINGERPRINT FILE (NFF) AND/OR III PARTICIPANT STATE(S) REGULATED DATA, THE RESPONSE MAY NOT BE COMPLETE. HOWEVER THE FBI MAINTAINED DATA FROM THE NON-RESPONDING III PARTICIPANT STATE(S) IS INCLUDED IN THE RESPONSE.

DC000001Z
DO 556-73 REQ
FBI-CJIS-WV
BIOMETRIC TECHNOLOGY CTR
1000 CUSTER HOLLOW RD
CLARKSBURG,WV 26306

4

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000001Z
TCN WVFBIJM0Z-20210419114712-EDO-0000-14758
AGENCY CASE D82784721109

THE FBI IDENTIFIED YOUR TEN-PRINT SUBMISSION WHICH CONTAINED THE FOLLOWING DESCRIPTORS:

NAME DUNBAR,MICHAEL LADRE

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| M | B | 1990/03/07 | 000 | UNK | UNK | UNK |

| STATE ID | BIRTH PLACE |
|---|---|
| NULL | CALIFORNIA |

CITIZENSHIP
UNITED STATES

| OTHER BIRTH DATES | SCARS-MARKS-TATTOOS | SOCIAL SECURITY | MISC NUMBERS |
|---|---|---|---|
| NONE | NONE | 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 | NONE |

ALIAS NAME(S)
NONE

END OF COVER SHEET

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000001Z NCN E20211090000000050883

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

- FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

| NAME | FBI UCN | DATE REQUESTED |
|---|---|---|
| DUNBAR,MICHAEL | 269731MC7 | 2021/04/19 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| M | B | 1990/03/07 | 510 | 150 | BRO | BLK |

BIRTH PLACE
CALIFORNIA

| PATTERN CLASS | CITIZENSHIP |
|---|---|
| LS AU LS LS LS LS AU LS LS LS | UNITED STATES |

1-ARRESTED OR RECEIVED 2006/05/24 SID- CA27410453
AGENCY-SHERIFF'S OFFICE SAN DIEGO (CA0370000)
AGENCY CASE-20032353

FINGERPRINT INFORMATION
BSI/2000104034511
PRINT DATE/2006/05/24

CHARGE 1-001 COUNTS OF ROBBERY,SECOND DEGREE

2-ARRESTED OR RECEIVED 2009/01/23 SID- CA27410453
AGENCY-SHERIFF'S OFFICE SAN DIEGO (CA0370000)
AGENCY CASE-9706376A

FINGERPRINT INFORMATION
BSI/2000173806552
PRINT DATE/2009/01/23

END OF PART 1 - PART 2 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000001Z NCN E20211090000000050883
PART 2

- FBI IDENTIFICATION RECORD - FBI UCN-269731MC7

NAME USED-DUNBAR,MICHAEL LADRE
CHARGE 1-001 COUNTS OF FTA AFTER WRITTEN PROMISE

COURT-MUNICIPAL COURT SAN DIEGO (CA037043J)
CHARGE-415(1) PC-FIGHT/ETC IN PUBLIC PLACE
CONVICTED-FINE - FINE
CHARGE-853.7 PC-FAIL TO APPEAR AFTER WRITTEN PROMISE
DISMISSED/FOJ/PLEA TO OTHER CHARGE

50

3-ARRESTED OR RECEIVED 2009/10/23 SID- CA27410453
AGENCY-SHERIFF'S OFFICE SAN BERNARDINO (CA0360000)
AGENCY CASE-0910343090

FINGERPRINT INFORMATION
BSI/2000104050996
PRINT DATE/2009/10/23

PHOTO INFORMATION - 1 PHOTOS AVAILABLE
BSI/40026154947
POSE/ DESC/
PHOTO DATE/2009/10/23

NAME USED-DUNBAR,MICHAEL LADRE
CHARGE 1-001 COUNTS OF PIMPING,PROSTITUTE 16+

COURT-MUNICIPAL COURT RANCHO CUCAMONGA (CA036043J)
CHARGE-273A A PC-CHILD CRUELTY POS INJURY DEATH
CONVICTED-PROB/JAIL -036MO PROBATION
-090DS JAIL - FINE
CHARGE-266H B 1 PC-PIMPING FOR PROSTITUTE OVER 16
DISMISSED/FURTHERANCE OF JUSTICE
CHARGE-266H A PC-PIMPING
DISMISSED/FURTHERANCE OF JUSTICE

-FOR CERT INFO SEE AUTO

END OF PART 2 - PART 3 TO FOLLOW

7

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000001Z
PART 3

NCN E20211090000000050883

- FBI IDENTIFICATION RECORD - FBI UCN-269731MC7

4-ARRESTED OR RECEIVED 2009/12/02 SID- CA27410453
AGENCY-SHERIFF'S OFFICE SAN DIEGO (CA0370000)
AGENCY CASE-9792934A

FINGERPRINT INFORMATION
BSI/2000102535169
PRINT DATE/2009/12/02

NAME USED-DUNBAR,MICHAEL LADRE
CHARGE 1-001 COUNTS OF FAIL T/APPEAR,WRIT PROMIS
CHARGE 2-001 COUNTS OF POSS MARIJUANA W/DRIVING

51

5-ARRESTED OR RECEIVED 2010/04/20 SID- CA27410453
AGENCY-SHERIFF'S OFFICE SAN DIEGO (CA0370000)
AGENCY CASE-10729506A

FINGERPRINT INFORMATION
BSI/2000104067930
PRINT DATE/2010/04/20

NAME USED-DUNBAR,MICHAEL LADRE
CHARGE 1-001 COUNTS OF BAT,SPOUSE/EX SP/DATE/ETC

52

6-ARRESTED OR RECEIVED 2010/06/09 SID- CA27410453
AGENCY-SHERIFF'S OFFICE SAN DIEGO (CA0370000)
AGENCY CASE-10743718A

FINGERPRINT INFORMATION
BSI/2000102515327
PRINT DATE/2010/06/09

NAME USED-DUNBAR,MICHAEL LADRE
CHARGE 1-001 COUNTS OF OBSTRUCT/ETC PUB OFCR/ETC

END OF PART 3 - PART 4 TO FOLLOW

8

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000001Z NCN E20211090000000050883
PART 4

- FBI IDENTIFICATION RECORD - FBI UCN-269731MC7

7-ARRESTED OR RECEIVED 2010/09/24 SID- CA27410453
AGENCY-SHERIFF'S OFFICE SAN DIEGO (CA0370000)
AGENCY CASE-10774326A

FINGERPRINT INFORMATION
BSI/2000102512759
PRINT DATE/2010/09/24

NAME USED-DUNBAR,MICHAEL LADRE
CHARGE 1-001 COUNTS OF BAT,SPOUSE/EX SP/DATE/ETC

8-ARRESTED OR RECEIVED 2011/02/08 SID- CA27410453
AGENCY-SHERIFF'S OFFICE SAN DIEGO (CA0370000)
AGENCY CASE-11110316A

53

FINGERPRINT INFORMATION
BSI/2000102515062
PRINT DATE/2011/02/08

NO CONV.

NAME USED-DUNBAR,MICHAEL LADRE
CHARGE 1-001 COUNTS OF VIO ORD,PREVNT DOMES VIOL
CHARGE 2-001 COUNTS OF GRAND THEFT

9-ARRESTED OR RECEIVED 2011/05/23 SID- CA27410453
AGENCY-SHERIFF'S OFFICE SAN DIEGO (CA0370000)
AGENCY CASE-11138035A

FINGERPRINT INFORMATION
BSI/2000102516284
PRINT DATE/2011/05/23

NAME USED-DUNBAR,MICHAEL LADRE
CHARGE 1-001 COUNTS OF FORCE/ADW NOT FIREARM,GBI

END OF PART 4 - PART 5 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000001Z NCN E20211090000000050883
PART 5

- FBI IDENTIFICATION RECORD - FBI UCN-269731MC7

10-ARRESTED OR RECEIVED 2011/09/14 SID- CA27410453
AGENCY-SHERIFF'S OFFICE SAN DIEGO (CA0370000)
AGENCY CASE-11169044A

FINGERPRINT INFORMATION
BSI/2000102514534
PRINT DATE/2011/09/14

NAME USED-DUNBAR,MICHAEL LADRE
CHARGE 1-001 COUNTS OF OBSTRUCT/ETC PUB OFCR/ETC

COURT-MUNICIPAL COURT SAN DIEGO (CA037043J)
CHARGE-415(2) PC-DISTURBS BY LOUD/UNREASONABLE NOISE
CONVICTED-PROBATION - 1 YEARS PROBATION - FINE

11-ARRESTED OR RECEIVED 2012/11/11 SID- CA27410453
AGENCY-SHERIFF'S OFFICE SAN DIEGO (CA0370000)
AGENCY CASE-12580514A

FINGERPRINT INFORMATION
BSI/2000174169476
PRINT DATE/2012/11/11

NAME USED-DUNBAR,MICHAEL LADRE
CHARGE 1-001 COUNTS OF FIGHT IN PUBLIC PLACE
CHARGE 2-001 COUNTS OF OBSTRUCT/ETC PUB OFCR/ETC

12-ARRESTED OR RECEIVED 2013/03/26 SID- CA27410453
AGENCY-SHERIFF'S OFFICE SAN DIEGO (CA0370000)
AGENCY CASE-13720767A

FINGERPRINT INFORMATION
BSI/2000178527122
PRINT DATE/2013/03/26

NAME USED-DUNBAR,MICHAEL L
CHARGE 1-001 COUNTS OF POS/PUR F/SALE NARC/C/SUB
CHARGE 2-001 COUNTS OF POSSESS NARCOTIC CNTL SUB

END OF PART 5 - PART 6 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000001Z NCN E20211090000000050883
PART 6

- FBI IDENTIFICATION RECORD - FBI UCN-269731MC7

13-ARRESTED OR RECEIVED 2015/06/03 SID- CA27410453
AGENCY-SHERIFF'S OFFICE SAN BERNARDINO (CA0360000)
AGENCY CASE-1506340358

FINGERPRINT INFORMATION
BSI/40086329840
PRINT DATE/2015/06/03

PHOTO INFORMATION - 1 PHOTOS AVAILABLE
BSI/40086329839
POSE/ DESC/
PHOTO DATE/2015/06/03

IRIS INFORMATION -
BSI/40330095411
IRIS DATE/2015/06/04

PALMPRINT INFORMATION
BSI/40086329838
PRINT DATE/2015/06/03

NAME USED-DUNBAR,MICHAEL LADRE
CHARGE 1-001 COUNTS OF SUPV/ETC PROSTITUTION

COURT-SUPERIOR COURT SAN BERNARDINO (CA036013J)
CHARGE-MRD/653.23(A)(1) PC-SUPERVISE/ETC PROSTITUTION
MRD/DISMISSED/DUE TO DELAY

END OF PART 6 - PART 7 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC0000012 NCN E20211090000000050883
PART 7

- FBI IDENTIFICATION RECORD - FBI UCN-269731MC7

14-ARRESTED OR RECEIVED 2015/09/28 SID- AZ24526038
AGENCY-POLICE DEPARTMENT SCOTTSDALE (AZ0072500)
AGENCY CASE-SCT1521167

FINGERPRINT INFORMATION
BSI/40101593751
PRINT DATE/2015/09/28

PHOTO INFORMATION - 1 PHOTOS AVAILABLE
BSI/40158266312
POSE/ DESC/
PHOTO DATE/2015/09/28

CHARGE 1-NARCOTIC DRUG-POSSESS/USE
CHARGE 2-OBST HWY/PUB LIC THOROUGHFARE
CHARGE 3-DISORDERLY CONDUCT-FIGHTING
CHARGE 4-PUB NUISANCE-OBSTRUCT PROPTY

COURT- ()
CHARGE-III/NARCOTIC DRUG-POSSESS/USE CHANGED TO DRUG PARAPHERNALIA VIOLATION,FEL
III/CDD-20170425,GUILTY,CNV-YES ,FINED YES,
PROBATION MARICOPA 3 YEARS,SENTENCE SUSPENDED
CHARGE-III/OBST HWY/PUB LIC THOROUGHFARE,MISD
III/CDD-20160115,NO COMPLAINT FILED,CNV-NO
CHARGE-III/DISORDERLY CONDUCT-FIGHTING,MISD
III/CDD-20160115,NO COMPLAINT FILED,CNV-NO
CHARGE-III/PUB NUISANCE-OBSTRUCT PROPTY,MISD
III/CDD-20160115,NO COMPLAINT FILED,CNV-NO
CHARGE-III/OBST HWY/PUB LIC THOROUGHFARE,MISD
III/CDD-20170425,COURT DISMISSAL,CNV-NO

END OF PART 7 - PART 8 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000001Z NCN E20211090000000050883
PART 8

- FBI IDENTIFICATION RECORD - FBI UCN-269731MC7

15-ARRESTED OR RECEIVED 2015/11/29 SID- AZ24526038
AGENCY-POLICE DEPARTMENT SCOTTSDALE (AZ0072500)
AGENCY CASE-SCT1526118

FINGERPRINT INFORMATION
BSI/40108145119
PRINT DATE/2015/11/29

PHOTO INFORMATION - 1 PHOTOS AVAILABLE
BSI/40158658314

PHOTO DATE/2015/11/30

CHARGE 1-MARIJUANA-POSSESS/USE
CHARGE 2-DRUG PARAPHERNALIA-POSSESS/USE
CHARGE 3-OBST HWY/PUB LIC THOROUGHFARE
CHARGE 4-LIQUOR-POSS OPEN CONT IN VEH
CHARGE 5-DRIVE W/LIC SUSP/REVOKE/CANC

COURT- ()
CHARGE-III/MARIJUANA-POSSESS/USE CHANGED TO MARIJUANA VIOLATION,FEL
III/CDD-20170425,GUILTY,CNV-YES ,PROBATION MARICOPA 3 YEARS,
COMMUNITY SERVICE,SENTENCE SUSPENDED
CHARGE-III/DRUG PARAPHERNALIA-POSSESS/USE,FEL
III/CDD-20160818,NO COMPLAINT FILED,CNV-NO
CHARGE-III/OBST HWY/PUB LIC THOROUGHFARE,MISD
III/CDD-20160818,NO COMPLAINT FILED,CNV-NO
CHARGE-III/LIQUOR-POSS OPEN CONT IN VEH,MISD
III/CDD-20160818,NO COMPLAINT FILED,CNV-NO
CHARGE-III/DRIVE W/LIC SUSP/REVOKE/CANC,MISD
III/CDD-20170425,COURT DISMISSAL,CNV-NO

16-ARRESTED OR RECEIVED 2016/01/29 SID- AZ24526038
AGENCY-SHERIFF'S OFFICE PHOENIX (AZ0070000)
AGENCY CASE-MSOT244907

FINGERPRINT INFORMATION
BSI/40114860423
PRINT DATE/2016/01/29

END OF PART 8 - PART 9 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000001Z NCN E20211090000000050883
PART 9

- FBI IDENTIFICATION RECORD - FBI UCN-269731MC7

CHARGE 1-DRIVE W/LIC SUSP/REVOKE/CANC
CHARGE 2-DRIVE W/LIC SUSP/REVOKE/CANC
CHARGE 3-EXCESSIVE SPEEDING

17-ARRESTED OR RECEIVED 2016/02/04 SID- AZ24526038
AGENCY-DPS-COMPL INFO SRV PHOENIX (AZCCHPX00)
AGENCY CASE-DPST246341

59

FINGERPRINT INFORMATION
BSI/40115262930
PRINT DATE/2016/02/04

CHARGE 1-AGG DUI-LIC SUSP/REV FOR DUI
CHARGE 2-AGG DUI-LIC SUSP/REV FOR DUI
CHARGE 3-AGG DUI-LIC SUSP/REV FOR DUI

COURT- ()
CHARGE-III/AGG DUI-LIC SUSP/REV FOR DUI,FEL
III/CDD-20170425,GUILTY,CNV-YES ,FINED YES,PRISON 6 MONTHS,
PROBATION MARICOPA 3 YEARS,SENTENCE SUSPENDED
CHARGE-III/AGG DUI-LIC SUSP/REV FOR DUI,FEL
III/CDD-20170425,COURT DISMISSAL,CNV-NO
CHARGE-III/AGG DUI-LIC SUSP/REV FOR DUI,FEL
III/PENDING/NOT REPORTED

18-ARRESTED OR RECEIVED 2016/03/19 SID- AZ24526038
AGENCY-POLICE DEPARTMENT PHOENIX (AZ0072300)
AGENCY CASE-PHX201603194468

60

FINGERPRINT INFORMATION
BSI/40120490341
PRINT DATE/2016/03/19

PHOTO INFORMATION - 1 PHOTOS AVAILABLE
BSI/40158061599
POSE/ DESC/
PHOTO DATE/2016/03/19

END OF PART 9 - PART 10 TO FOLLOW

14

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000001Z NCN E20211090000000050883
PART 10

- FBI IDENTIFICATION RECORD - FBI UCN-269731MC7

NAME USED-DUNBAR,MICHAEL LADRE
CHARGE 1-AGG DUI-LIC SUSP/REV FOR DUI

COURT- ()
CHARGE-III/AGG DUI-LIC SUSP/REV FOR DUI,FEL
III/CDD-20170425,GUILTY,CNV-YES ,FINED YES,PRISON 2 YEARS
CHARGE-III/AGG DUI-LIC SUSP/REV FOR DUI,FEL
III/CDD-20170425,COURT DISMISSAL,CNV-NO

19-ARRESTED OR RECEIVED 2020/05/07 SID- CA27410453
AGENCY-SHERIFF'S OFFICE SAN DIEGO (CA0370000)
AGENCY CASE-20921081A

FINGERPRINT INFORMATION
BSI/40318772753
PRINT DATE/2020/05/07

NAME USED-DUNBAR,MICHAEL LADRE
CHARGE 1-001 COUNTS OF HUMAN TRAFFICKING/-18YRS
CHARGE 2-001 COUNTS OF PANDERING,OTHR PERSON -16
CHARGE 3-001 COUNTS OF PIMPING

RECORD UPDATED 2021/04/19

ALL ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW. IT IS PROVIDED FOR OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

THIS RECORD IS BASED ONLY ON THE SID NUMBER IN YOUR REQUEST-
SID/A6069166
PUR/R

NAME
DUNBAR,MICHAEL LADRE

| SSN | DOB | SID | FBI | MULTI-SOURCE |
|---|---|---|---|---|
| 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 | 03/07/1990 | A6069166 | 269731MC7 | |

| SEX | RACE | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|
| MALE | BLACK | 5'11" | 180 lbs. | BLACK | BROWN |

PLACE OF BIRTH
CALIFORNIA

ALIAS
NAME

| ALIAS SSN | ALIAS DOB | MISC NO | SCARS, MARKS, AND TATTOOS |
|---|---|---|---|

OFFENDER STATUS: RELEASED-BAIL
CUSTODY FACILITY:
SUPERVISION AGENCY:

CONVICTED FELON: N
CAREER CRIMINAL: ?

LAST KNOWN ADDRESS:

FINGERPRINT CLASS:

<CRIMINAL HISTORY INFORMATION>

LAST ARRESTED: 12/22/2013
ARREST AGENCY: HONOLULU PD
TOTAL ARRESTS: 1
TOTAL CHARGES: 1

ARREST: 1 OF 1

ARREST DATE/AGENCY: 12/22/2013 HONOLULU PD
OBTS TRACKING NO: 6822B17
CRIME TYPE:

CHARGE: 1 OF 1

| | CHARGE | STATUTE | SV |
|---|---|---|---|
| ARREST/FILING: | THEFT 3 | 708-0832 | MD |
| FINAL/LAST: | THEFT 3 > $100 | 708-0832(1)(A) | MD |
| ARREST REPORT: | 13-467542 | | |

(SV = SEVERITY MD = MISDEMEANOR)

CASE NO: 1DCW-14-0000061
DISP/DATE: NOLLE PROSEQUI 10/25/2017

BECAUSE ADDITIONS/DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE. EVERY EFFORT IS MADE TO ENSURE THE ACCURACY OF THIS INFORMATION. ANY DISPUTES SHOULD BE ADDRESSED SEPARATELY WITH THE HAWAII CRIMINAL JUSTICE DATA CENTER.

<END OF RECORD>

MICHAEL LADRE DUNBAR    93173298
C/O: OTAY MESA DETENTION CENTER
PO BOX 439049
SAN DIEGO, CA 92143-9049

43947115-01209

EXHIBIT. B

Page 1 of 1

Status Closed

Defender: Conflict Panel
909 466-7088

SAN Ber

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
RANCHO CUCAMONGA DISTRICT
DEC 14 2009
By Marc Johnson Deputy

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**COUNTY OF SAN BERNARDINO**
West **DISTRICT**

PEOPLE OF THE STATE OF CALIFORNIA, Plaintiff,

v.

Michael Dunbar Defendant.

OLD Felony CASE

Case No. FWV902691

DECLARATION BY DEFENDANT ☒ Under Penal Code Section 859a ☐ Re: Change of Plea (Guilty)

1. My true name is Michael Dunbar, born 3.7.90
2. The Comp (Complaint/Indictment/Information) filed herein accuses me of the offense(s) of: P.C. 273a(a) Petition For dismissal on 4-7-90
3. I desire to change my plea(s) and plead guilty/(nolo contendere (no contest)) to (and admit the following enhancement(s) or prior(s)): Including lesser offense(s) to which plea to be made and the maximum sentence.) 3.

| Count(s) | Code Section | Name of Offense | Sentencing Range |
|---|---|---|---|
| III | 273a(a) | Endangering Health | 2, 4, 6 |
| Count(s) | Code Section | Name of Offense/Enhancement/Prior | Sentencing Range |
| Count(s) | Code Section | Name of Offense/Enhancement/Prior | Sentencing Range |
| Count(s) | Code Section | Name of Offense/Enhancement/Prior | Sentencing Range |
| Count(s) | Code Section | Name of Offense/Enhancement/Prior | Sentencing Range |

4. a. I understand that the law allows me to enter a guilty plea to a magistrate, but that as soon as I do so, my case will be transferred to the superior court, which will then have complete control over every aspect of it. 4a. For 859a Only
   b. I further understand that even after I plead guilty, I will retain my right to be released on reasonable bail, but that all questions concerning bail will be determined by a judge of the superior court. 4b. For 859a Only
5. I understand that as to each charge, prior conviction, and/or enhancement alleged against me in this case, I have many rights, including the constitutional right to:
   a. **A speedy and public trial by jury** or by a judge without a jury; 5a.
   b. **Be represented by an attorney at trial** and at all stages of the proceeding; and if I cannot afford an attorney, the court will appoint an attorney to represent me at no charge. However, a judge may later direct me to pay such part of the cost of the attorney as the judge determines that I am able to pay; 5b.
   c. **See, hear, and question all witnesses** who testify against me at trial; 5c.
   d. **Have the judge order into court all the evidence** and order my witnesses to attend the trial without cost to me; 5d.
   e. **Present evidence** in my favor at trial; 5e.
   f. **Remain silent** at trial, or, if I wish, testify for myself; and 5f.
   g. (If applicable) A preliminary hearing at which the district attorney would have to show that there was sufficient cause that I had committed the offense(s), and the right at such hearing to be represented by an attorney, to see, hear, and question all witnesses who testify against me, and to present evidence in my favor if I so desire, and to either testify or remain silent. 5g. For 859a Only
6. a. I understand that in addition to any other punishment, I shall be required to pay a mandatory restitution fine of not less than $200 nor greater than $10,000 and subject to a penal fine up to $10,000 ($20,000 for Health & Safety/. Code §§ 11350-11353, 11355, 11359-11361 or $50,000 for Health and Safety Code § 11379.6 or Arson, Penal Code §§ 451-455) whether probation is granted or denied. 6a.
   b. Any state prison commitment will be followed by a period of PAROLE of 3 to 4 years, 5 to 7 years, or life. Any violation of the terms of parole could result in up to an additional year in custody for each violation, up to a maximum of 4 years, 7 years, or life. (Circle appropriate parole.) 6b.
   c. **If I am found to be addicted to the use of narcotics or in the imminent danger of becoming so addicted**, I may be committed to the Department of Corrections Narcotic Rehabilitation Program for a period of time equal to that which I would otherwise have to spend in state prison. 6c.
   d. **If I plead guilty to any drug offense covered by Health & Safety Code Section 11590**, I will be required to register as a controlled-substance offender with the chief of police of the city in which I reside or the sheriff of the county if I reside in an unincorporated area.  6d.
   e. **If a motor vehicle is found to be involved in or incidental to the commission of the offense**, my driving privileges may be revoked by the court and/or Department of Motor Vehicles. 6e.

ody://ODYPRODAPP

Status Closed
Filed 10/27/2000

SAN BE

f. If I plead guilty to any sex crime covered by Penal Code Section 290, I will be required to register as a sex offender with the chief of police of the city in which I reside or the sheriff of the county if I reside in an unincorporated area. 6f.

g. Federal and state law prohibit a convicted felon from possessing a firearm. 6g.

h. IF I plead guilty to a DUI case, (cvc 23152, 23153 or 23103 pursuant to 23103.5) then pursuant to cvc 23593, I am hereby advised that being under the influence of alcohol or drugs, or both, impairs my ability to safely operate a motor vehicle. Therefore, it is extremely dangerous to human life to drive while under the influence of alcohol or drugs, or both. If I continue to drive while under the influence of alcohol or drugs, or both, and, as a result of that driving, someone is killed, I can be charged with murder. 6h.

7. As to each crime, enhancement, and/or prior conviction, I now intend to plead guilty/nolo contendere (no contest) and/or admit to:

a. I waive and give up each of the above constitutional rights listed in paragraph 5. 7a.

8. a. I understand that the court will not decide whether to impose sentence or extend probation until a probation officer conducts an investigation and reports on my background, prior record (if any), and the circumstances of the case. 8a.

b. I understand that if I am now on probation/parole, my plea if guilty/nolo contendere (no contest) in this case may constitute a violation of my probation/parole and result in its revocation and the imposition of sentence. 8b.

9. I am freely and voluntarily entering the plea(s) of guilty/nolo contendere [and admission(s)] as indicated: 9.

☐ Because I am guilty (and for no other reason), and/or ☐

☑ As a result of plea bargaining after discussing with my attorney the possibility of my being convicted on other or more serious charges and/or risking the possibility of a longer sentence, and/or ☐

Because the ☑ district attorney/ ☐ court has agreed to:

90 DAYS W/E FELONY PROB. NOM-V FINDING

Per 273a (c)(5) - Waive minimum conditions of Probation upon a finding that the conditions are not in the best interest of justice.

10. My attorney explained to me that other possible consequences of this plea and any admission of any enhancement(s) and/or any prior conviction(s) may be: (Circle possible consequences): 10.

(a) Mandatory/presumptive prison sentence
(b) Increased punishment for future felonies
(c) Serious/violent felony (strike)
(d) Reduced earning of custody credits
(e) Sexual Violent Predator Act
(f) Loss of driving privileges
(g) Registration as an arson offender
(h) Required to submit to HIV test
(i) Civil/asset forfeiture consequences per H & S 11469, et seq.
(j) Other: ________

11. Except otherwise stated herein, no one has promised or suggested to me that I will receive a lighter sentence, probation, reward, immunity, or anything else to get me to plead guilty/nolo contendere ( no contest) as indicated. 11.

12. No one has used any force or violence or threats or menace or duress or undue influence of any kind on me or anyone dear to me to get me to plead guilty/nolo contendere (no contest) as indicated. 12.

13. I am not now under the influence of alcohol, or of any drugs, narcotics, medicine, or any other substance which could interfere with my ability to understand what I am doing; nor am I suffering from any condition which could have the effect. 13.

14. I understand that if I am not a citizen of the United States, deportation, exclusion from admission to the United States, or denial of naturalization will result from a conviction of the offense(s) to which I plead guilty/nolo contendere (no contest). 14.

15. a. I understand that even though the court may approve the agreement for sentence set forth, the court is not bound by the agreement, and that the court may withdraw its approval at any time before pronouncement of judgement, in which case I shall be able to withdraw my plea should I desire to do so. 15a.

b. I understand that any agreement as to sentence applies only in the original sentence and that a violation of probation may cause the court to send me to county jail or state prison for the maximum term provided by law. 15b.

c. (*Harvey* Waiver) I waive my rights regarding dismissed counts and any charges the district attorney agrees not to file to the extent that the court may consider these factors in deciding whether or not to grant probation and in deciding whether or not to impose a midterm, aggravated, or mitigated prison term, and as to restitution. 15c.

16. Cruz Waiver (if applicable) I understand I have an absolute right under California law to withdraw my plea if the court, for any reason, does not follow the plea bargain agreement. I also understand that I cannot receive any additional penalty or punishment for any subsequent failure to appear or any new offense unless I am properly charged and convicted of such an offense. ... and that the plea bargain is hereby approved. 16.

☑ 7. That the defendant personally waives his/her right to have his/her probation hearing and pronouncement of judgment within 20 court days..

☑ 8. (For 859a only) Plea confirmed in superior court.

It is ordered that this Declaration by Defendant be received and filed with the court's records of this case and that the defendant's plea(s) of guilty/no contest [and admission(s)] be accepted and entered in the minutes of this court.

Dated this 14 day of Dec 19/20 08.

Judge

☒ Forthwith sentence
☐ Pronouncement of judgment will be set on ____ at ____ m. in Department ____.
☐ Resentencing (Vargas) will be set on ____ at ____ m. in Department ____.

ody://ODYPRODA

6.

455) whether probation is granted or de...

b. Any state prison commitment will be follo... of the terms of parole could result in up to 7 years, or life. (Circle appropriate parole...

c. If I am found to be addicted to the use o... be committed to the Department of Correcti... I would otherwise have to spend in state pri...

d. If I plead guilty to any drug offense covere... as a controlled-substance offender with the c... reside in an unincorporated area.

e. If a motor vehicle is found to be involved in or... may be revoked by the court and/or Department...

BF 13-20110-360 1/06



MICHAEL DUNBAR 93173298
METROPOLITAN CORRECTIONAL CENTER
808 UNION STREET
SAN DIEGO CA 92101

"LEGAL MAIL"

"FILE"
EX-PARTE FOR JUDGE ONLY

⇔93173-298⇔
Clerk Of The Court
333 W Broadway
SAN Diego, CA 92101
United States